**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CODY STONE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COLORADO TECHNICAL UNIVERSITY, INC.<br><br>　　　　Defendant. | **Case Number:**<br>**1:14-cv-04181** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

　　Plaintiff hereby dismisses this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

　　　　　　　　　　　　　　　　　　By:　/s/ Mark T. Lavery
　　　　　　　　　　　　　　　　　　　　　One of Plaintiff's Attorneys

Mark T. Lavery, Esq.
Hyslip & Taylor LLC, LPA
917 W. 18th St., Suite 200
Chicago, IL  60608
312-380-6110
mark@lifetimedebtsolutions.com