**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Cody Stone

             Plaintiff,

v.                     Case No.: 1:14–cv–04181
                     Honorable John J. Tharp Jr.

Colorado Technical University, Inc., et al.

             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2014:

   MINUTE entry before the Honorable John J. Tharp, Jr: Upon receipt of plaintiff's notice of voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this matter is terminated. However, the dismissal is with prejudice with respect to the named plaintiff only; the dismissal is without prejudice to the claims of the potential class members. The hearing of 8/14/2014 is stricken. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.